IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO I. LARA, | 1:05-CV-1410 AWI DLB P |
| Plaintiff, | |
| vs. | ORDER TO SUBMIT CERTIFIED COPY OF PRISON TRUST ACCOUNT |
| STEVEN CASTILLO, et al., | STATEMENT **OR** PAY FILING FEE |
| Defendants. | CLERK SHALL SEND COPY OF APPLICATION TO PROCEED FORMA PAUPERIS |

Plaintiff, a prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis. However, plaintiff did not file a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2).

Plaintiff will be provided the opportunity to submit the proper form of the application to proceed in forma pauperis, pursuant to 28 U.S.C.§ 1915, and to also submit a certified copy of his trust account statement in support of his request to proceed in forma pauperis, **or** pay the $250.00 filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1              1.  The Clerk of the Court shall send a copy of the Application to Proceed in
Forma Pauperis on plaintiff together with this Order.

             2.  Within thirty days of the date of service of this order, plaintiff shall submit:

        a)  A new application for proceed in forma pauperis, and

        b)  A certified copy of his prison trust account statement for the six month
period immediately preceding the filing of the complaint, or in the alternative, pay the $250.00
filing fee for this action.

             Failure to comply with this order will result in a recommendation that this action
be dismissed.

     IT IS SO ORDERED.

     **Dated:   December 19, 2005**              **/s/ Dennis L. Beck**
3c0hj8                                            UNITED STATES MAGISTRATE JUDGE